**C L I F F O R D**
**C H A N C E**

CLIFFORD CHANCE US LLP

31 WEST 52ND STREET
NEW YORK, NY 10019-6131

TEL +1 212 878 8000
FAX +1 212 878 8375

www.cliffordchance.com

**By ECF**

Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Direct Dial: +1 212 878 8205
E-mail: jeff.butler@cliffordchance.com

November 22, 2021

Re:   *Kingdom of Belgium v. Xiphias LLC Pension Plan*, 21 Civ. 6392
      *Kingdom of Belgium v. Traden Investments Pension Plan*, 21 Civ. 6399
      *Kingdom of Belgium v. Lion Advisory Inc. Pension Plan*, 21 Civ. 6402
      *Kingdom of Belgium v. Delvian LLC Pension Plan*, 21 Civ. 6404
      *Kingdom of Belgium v. Michelle Investments LLC Pension Plan*, 21 Civ. 6405
      *Kingdom of Belgium v. Ganesha Industries Pension Plan*, 21 Civ. 6407
      *Kingdom of Belgium v. AOI Pension Plan*, 21 Civ. 6408

Dear Judge Koeltl:

We represent Plaintiff Kingdom of Belgium, Federal Public Service Finance ("Belgium") in the above-referenced actions. In advance of the initial conference scheduled for November 23, 2021 and pursuant to the Court's Individual Practices, we are writing to report on discussions between Belgium and Defendants concerning certain preliminary procedural matters.

- The parties agree that these actions should be consolidated for pretrial purposes, and are in the process of negotiating the terms of a proposed consolidation order. We hope to be able to submit a joint proposed order for the Court's consideration by December 17, 2021.

- Based on its ongoing investigation, Belgium is contemplating adding factual allegations to expand the claims in some of these cases. This would be done by amending one or more of the Complaints, which Belgium proposes to do by no later than January 21, 2022.

- The parties agree that the amendment(s) contemplated by Belgium should take place before briefing on motions to dismiss, as proposed in recent letters from Defendants to the Court. Accordingly, the parties propose to extend the deadline for Defendants to answer or move to dismiss the Complaints in these actions to February 25, 2022.

**C L I F F O R D**
**C H A N C E**

- Because Defendants intend to raise issues of subject matter jurisdiction in their proposed motions to dismiss, the parties agree that discovery in these actions should be deferred until the motions to dismiss are adjudicated.

Respectfully submitted,

*S/ Jeff E. Butler*

Jeff E. Butler