WILMERHALE

**Alan E. Schoenfeld**

+1 212 937 7294 (t)
+1 212 230 8888 (f)
alan.schoenfeld@wilmerhale.com

February 25, 2022

**BY ECF**

Hon. John G. Koeltl
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: *In Re: Kingdom of Belgium, Federal Public Service Finance Pension Plan Litigation*,
     No. 21 Civ. 06392 (lead case)

Dear Judge Koeltl:

I write on behalf of the defendants listed in the Notice of Motion (Dkt. 78). Pursuant to Paragraph II.G of Your Honor's Individual Practices, we request that the Court hear oral argument on defendants' motion to dismiss the amended complaints, which we filed today.

Respectfully submitted,

*/s/ Alan Schoenfeld*
Alan Schoenfeld