# CLIFFORD CHANCE

CLIFFORD CHANCE US LLP

31 WEST 52ND STREET
NEW YORK, NY 10019-6131
TEL +1 212 878 8000
FAX +1 212 878 8375
www.cliffordchance.com

**By ECF**

Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Direct Dial: +1 212 878 8205
E-mail: jeff.butler@cliffordchance.com

March 4, 2022

Re:   *Kingdom of Belgium, Federal Public Service Finance Pension Plan Litigation,*
      Lead Case: No. 21 Civ. 6392 (JGK), Member Case: No. 21 Civ. 6404 (JGK)

Your Honor:

We represent Plaintiff Kingdom of Belgium, Federal Public Service Finance ("Belgium") in the above-referenced consolidated action. We are writing, at the request of counsel for Defendant Alicia Colodner, to draw the Court's attention to an error in one of the amended complaints relating to Ms. Colodner. Specifically, paragraph 27 of the Amended Complaint in Member Case No. 21 Civ. 6404 alleges as follows:

> In submissions to FPSF Belgium, DFL listed its address as 11 Hughes Street, Rockville Centre, NY 11570, which is the residential address of a home owned at the time by Colodner.

Counsel for Ms. Colodner recently informed us that Ms. Colodner was not the record owner of this property and, on further investigation, we agree. Property records indicate that this house was owned by Barbara and Michael Colodner, who were the parents of Ms. Colodner's then-husband, David Colodner. Accordingly, it would be more accurate for paragraph 27 to state that the 11 Hughes Street address is "the residential address of a home owned at the time by relatives of Colodner."

Respectfully submitted,

  *S/ Jeff E. Butler*

Jeff E. Butler