# WilmerHale

Alan E. Schoenfeld

+1 212 937 7294 (t)
+1 212 230 8888 (f)
alan.schoenfeld@wilmerhale.com

April 18, 2022

**BY ECF**

Hon. John G. Koeltl
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:  *In Re: Kingdom of Belgium, Federal Public Service Finance Pension Plan Litigation*, No. 21 Civ. 06392 (lead case)

Dear Judge Koeltl:

I write on behalf of Defendants[1] to request that the Court issue an order permitting Defendants to file under seal the Second Declaration of Nicholas Bahnsen and Exhibit A thereto, pursuant to the Court's Individual Rules.  Both the Declaration and the Exhibit contain information relating to an investigative file of the Belgian Public Prosecutor.  The Plaintiff has referred to the "investigation file of the Belgian Federal Police" as "confidential," and stated that at least as of January 2022, the investigation "remain[ed] ongoing."  Xiphias Am. Compl. ¶ 56.  Sealing these limited materials is thus warranted by "[s]uch countervailing factors" as the interests of law enforcement and "the privacy interests of those resisting disclosure."  *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006).

Plaintiff's counsel did not respond to Defendants' request that Plaintiff consent to this request.

Respectfully submitted,

*/s/ Alan E. Schoenfeld*
Alan E. Schoenfeld

---

    [1] *See* Notice of Motion, Dkt. 78 (defining "Defendants").

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington