UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE: KINGDOM OF BELGIUM, FEDERAL
PUBLIC SERVICE FINANCE PENSION PLAN          21-cv-6392 (JGK)
LITIGATION
                                             ORDER

---

JOHN G. KOELTL, District Judge:

   The parties are directed to submit a Rule 26(f) report by July 24, 2023.

SO ORDERED.

Dated:   New York, New York
         July 10, 2023

                                    _____
                                           John G. Koeltl
                                    United States District Judge