**C  L  I  F  F  O  R  D**

**C  H  A  N  C  E**

**CLIFFORD CHANCE US LLP**

31 WEST 52ND STREET
NEW YORK, NY 10019-6131

TEL +1 212 878 8000
FAX +1 212 878 8375

www.cliffordchance.com

**By ECF**

Direct Dial: +1 212 878 8205
E-mail: jeff.butler@cliffordchance.com

Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

July __, 2023

Re:    *Kingdom of Belgium, Federal Public Service Finance Pension Plan Litigation,*
       Lead Case:  No. 21 Civ. 6392 (JGK)
       Member Cases:  Nos. 21 Civ. 6392 (JGK), 21 Civ. 6399 (JGK), 21 Civ. 6402 (JGK),
                21 Civ. 6404 (JGK), 21 Civ. 6405 (JGK), 21 Civ. 6407 (JGK),
                21 Civ. 6408 (JGK)

Your Honor:

We write pursuant to Section 1.E of Your Honor's Individual Practices, with the consent of all parties, to request an extension of time to submit a Rule 26(f) report.  By Order dated July 10, 2023, the Court directed the parties to submit a Rule 26(f) report by July 24, 2023.  The parties jointly request an extension of that deadline until August 4, 2023.  This is the first request for such an extension.

Respectfully submitted,

 s/Jeff E. Butler

Jeff E. Butler

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.

7/19/23