UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: KINGDOM OF BELGIUM, FEDERAL
PUBLIC SERVICE FINANCE PENSION PLAN
LITIGATION

21-cv-6392 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The plaintiffs may respond to the defendants' motion to certify an interlocutory appeal and stay the proceedings pending resolution of the appeal (ECF No. 126 in No. 21-cv-6392) by **August 10, 2023**. The defendants may reply by **August 18, 2023**.

The Clerk is respectfully directed to enter this Order in the member cases, Nos. 21-cv-06399, 21-cv-06402, 21-cv-06404, 21-cv-06405, 21-cv-06407, 21-cv-06408.

SO ORDERED.

Dated:   New York, New York
         July 27, 2023

_____
John G. Koeltl
United States District Judge