UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>KINGDOM OF BELGIUM,<br>FEDERAL PUBLIC SERVICE FINANCE<br>PENSION PLAN LITIGATION | Lead Case: No. 21 Civ. 6392 (JGK)<br><br>Member Case:<br>   No. 21 Civ. 6402 (JGK) |

**NOTICE OF VOLUNTARY PARTIAL DISMISSAL**

Please take notice that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Kingdom of Belgium, Federal Public Service Finance hereby voluntarily dismisses its claims in the above-captioned action solely as to Defendant Luke McGee, without costs to any party.

Dated:  August 1, 2023
        New York, New York

Respectfully submitted,

 s/ Jeff E. Butler

Jeff E. Butler
John P. Alexander
Meredith George
Rob Price
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019

*Attorneys for Plaintiff Kingdom of Belgium, Federal Public Service Finance*