**SPEARS & IMES** LLP

767 Third Avenue
New York, NY 10017
tel 212 213-6996
fax 212 213-0849

December 31, 2023

**VIA ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

      Re:    *Kingdom of Belgium, Federal Public Service Finance Pension Plan Litigation*, Lead Case No. 21 Civ. 6392; Member Cases: No. 21 Civ. 6392, No. 21 Civ. 6404, No. 21 Civ. 6405

Dear Judge Koeltl:

      I represent defendants Alicia Colodner and Delvian LLC Pension Plan in the above-captioned consolidated actions. On December 29, 2023, I moved to withdraw from my representation of Ms. Colodner and Delvian LLC Pension Plan. (ECF 179-82.) Pending the Court's decision on that motion, I am writing to inform the Court of a change in my contact information, effective January 1, 2024. Those changes in my contact information are provided in the Notice of Change of Address filed herewith.

      Respectfully,

      */s/ Linda Imes*
      Linda Imes

      *Counsel for Defendants Alicia Colodner and Delvian LLC Pension Plan*