**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
―――――――――――――――――――――――

**KINGDOM OF BELGIUM, FEDERAL PUBLIC**
**SERVICE FINANCE,**                              **21-cv-6392 (JGK)**

                        **Plaintiff,**            **ORDER**

        **- against -**

**XIPHIAS LLC PENSION PLAN, ET AL.,**

                        **Defendants.**
―――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

     Reed M. Keefe and Spears & Imes LLP have moved to withdraw
from representing Alicia Colodner and Delvian LLC Pension Plan
("Delvian"). ECF No. 179, 183. The application of Reed M. Keefe
is granted because he is no longer employed by Spears & Imes.
Delvian and Ms. Colodner should respond to the application of
Spears & Imes by **January 16, 2024**. Ms. Colodner may represent
herself if she chooses, but Delvian can only appear by counsel.
See Jones v. Niagara Frontier Transp. Auth., 722 F.2d 20, 22 (2d
Cir. 1983). If Ms. Colodner and/or Delvian fail to respond to
this Order by January 16, 2024, the application by Spears & Imes
may be granted. Spears & Imes shall serve a copy of its
application together with this Order by **January 5, 2024,** and
file proof of service on the docket by **January 9, 2024.**

**SO ORDERED.**

 Dated:    **New York, New York**      _____
           **January 2, 2024**           **/s/ John G. Koeltl**
                                       **John G. Koeltl**
                               **United States District Judge**