# CLIFFORD CHANCE

**CLIFFORD CHANCE US LLP**

31 WEST 52ND STREET
NEW YORK, NY 10019-6131

TEL +1 212 878 8000
FAX +1 212 878 8375

www.cliffordchance.com

**By ECF**

Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Direct Dial: +1 212 878 8205
E-mail: jeff.butler@cliffordchance.com

January 4, 2024

Re:   *Kingdom of Belgium, Federal Public Service Finance Pension Plan Litigation,*
       Lead Case:   No. 21 Civ. 6392 (JGK)
       Member Cases:   Nos. 21 Civ. 6392 (JGK), 21 Civ. 6399 (JGK), 21 Civ. 6402 (JGK),
                      21 Civ. 6404 (JGK), 21 Civ. 6405 (JGK), 21 Civ. 6407 (JGK),
                      21 Civ. 6408 (JGK)

Dear Judge Koeltl:

We write pursuant to Section 1.E of Your Honor's Individual Practices, and with the consent of all parties, to request extensions of various deadlines set forth in the Rule 26(f) Report approved by the Court on August 7, 2023 Order (the "August 7 Order").

In the August 7 Order, the Court approved an initial expedited discovery schedule relating to the statute of limitations defense. Under the current schedule, the "Statute of Limitations Discovery Cut-Off" is January 10, 2024. Although Plaintiff has been working to meet this deadline, it has become clear that more time will be needed to complete the collection and review of documents in Belgium. Plaintiff approached Defendants about extending this deadline in late December, and this led the parties to reconsider other deadlines in the August 7 Order.

The parties have now agreed to the following revised schedule, which generally extends all deadlines in the August 7 Order by 60 to 90 days:

| Description | Proposed Deadline |
| --- | --- |
| Begin Rolling Production of Remaining Documents (by Parties) | February 9, 2024 |
| Statute of Limitations Discovery Cut-Off | March 11, 2024 |

**CLIFFORD CHANCE**

CLIFFORD CHANCE US LLP

| Description | Proposed Deadline |
|---|---|
| Limited Rule 30(b)(6) Deposition of Plaintiff (Statute of Limitations Issues Only) | April 15, 2024 |
| Limited Consolidated Summary Judgment Motion on Statute of Limitations Issues | May 14, 2024 |
| Completion of General Document Production (by Parties) | June 10, 2024 |
| Contention Interrogatories pursuant to Local Civil Rule 33.3 may be served | July 9, 2024 |
| Meet-and-confer on Topics for Expert Discovery | October 25, 2024 |
| Fact Discovery Cut-Off | November 25, 2024 |
| Expert Reports by Party with Burden | January 23, 2025 |
| Rebuttal Expert Reports | February 24, 2025 |
| Expert Discovery Cut-Off | April 16, 2025 |
| Dispositive Motions | May 16, 2025 |
| Pretrial Order | 45 days from date of decision on any dispositive motion (or May 28, 2025, if there is no such motion) |

In addition, Plaintiff has agreed to identify its Rule 30(b)(6) deposition witness and to propose dates for the deposition consistent with the revised schedule by January 31, 2024.

The parties jointly request that the Court approve these modifications to the schedule. This is the first request for extensions of the deadlines in the August 7 Order.

Respectfully submitted,

*s/ Jeff E. Butler*

Jeff E. Butler