# KOSTELANETZ LLP

7 WORLD TRADE CENTER, 34TH FLOOR
NEW YORK, NEW YORK 10007

WASHINGTON, DC OFFICE
601 NEW JERSEY AVENUE, NW, SUITE 260
WASHINGTON, DC 20001

TEL: (202) 875-8000
FAX: (202) 844-3500

TEL: (212) 808-8100
FAX: (212) 808-8108
www.kostelanetz.com

ATLANTA, GA OFFICE
4279 ROSWELL ROAD, NE, SUITE 208, # 352
ATLANTA, GA 30342

TEL: (404) 301-4791
FAX: (678) 680-7901

July 11, 2024

**BY ECF**

Hon. John G. Koeltl
United States District Court
  for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.

7/12/24

Re:   *Kingdom of Belgium, Federal Public Service Finance Pension Plan Litigation*
      Lead Case: No. 21 Civ. 6392 (JGK)
      Member Cases: Nos. 21 Civ. 6392 (JGK), 21 Civ. 6399 (JGK), 21 Civ. 6402
                    (JGK), 21 Civ. 6404 (JGK), 21 Civ. 6405 (JGK), 21 Civ. 6407
                    (JGK), 21 Civ. 6408 (JGK)

Dear Judge Koeltl:

      We write pursuant to Section 1.E of Your Honor's Individual Practices, and with the
consent of the parties, to request extensions to certain deadlines set forth in the Rule 26(f) Report
approved by the Court on August 7, 2023 (the "August 7 Order"), as modified by the Court on
January 4, 2024 (the "January 4 Order"), and April 12, 2024 (the "April 12 Order").

      Under the August 7 Order, as modified by the January 4 Order and April 12 Order, the
Limited Consolidated Summary Judgment Motion on Statute of Limitations Issues has a deadline
of July 15, 2024.  Pursuant to Local Rule 6.1(b), any opposition would be due within 14 days
after service of the Limited Consolidated Summary Judgment Motion on Statute of Limitations
Issues, and any reply would be due within seven days after service of any opposition.

      The parties have agreed to the following revised briefing schedule for the Limited
Consolidated Summary Judgment Motion on Statute of Limitations Issues:

| Description | Proposed Deadline |
|---|---|
| Limited Consolidated Summary Judgment Motion on Statute of Limitations Issues | August 15, 2024 |
| Opposition | September 20, 2024 |
| Reply | October 11, 2024 |

The parties jointly request that the Court approve these modifications to the schedule. This is the third request for extensions of the deadlines in the August 7 Order.

Respectfully submitted,

/s/ Sharon L. McCarthy

Sharon L. McCarthy