# Hecker Fink LLP

350 FIFTH AVENUE | 63 RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.HECKERFINK.COM

DIRECT DIAL    212.763.0885
DIRECT EMAIL    jfink@heckerfink.com

August 7, 2024

**BY ECF**

Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
8/8/24

Re:    *Kingdom of Belgium, Federal Public Service Finance Pension Plan Litigation.*
Lead Case: No. 21 Civ. 6392 (JGK)
Member Cases: Nos. 21 Civ. 6392 (JGK), 21 Civ. 6399 (JGK), 21 Civ. 6402 (JGK), 21 Civ. 6404 (JGK), 21 Civ. 6405 (JGK), 21 Civ. 6407 (JGK), 21 Civ. 6408 (JGK)

Dear Judge Koeltl:

We write pursuant to Section 1.E of Your Honor's Individual Practices, on behalf of all defendants and with the consent of all parties, to request extensions to certain deadlines set forth in the Rule 26(f) Report approved by the Court on August 7, 2023 (the "August 7 Order"), as modified by the Court on January 4, 2024 (the "January 4 Order"), April 12, 2024 (the "April 12 Order"), and July 12, 2024 (the "July 12 Order").

Under the August 7 Order, as modified by the January 4 Order, the April 12 Order, and the July 12 Order, the Court approved an initial expedited discovery schedule relating to the statute of limitations defense, to be followed by briefing on a limited consolidated summary judgment motion on the statute of limitations, general discovery, contention interrogatories, expert discovery, other dispositive motions, and a pre-trial order.

Due in part to the recent appearance of new defense counsel, as well as other defense counsels' upcoming trial schedules, the parties have agreed to the revised schedule below, which extends all remaining discovery deadlines, the deadlines for summary judgment briefing on the statute of limitations, the deadline for dispositive motions, and the deadline for the pretrial order in the event there are no dispositive motions by eight weeks.

| Description | Proposed Deadline |
| --- | --- |
| Limited Consolidated Summary Judgment Motion on Statute of Limitations Issues | August 30, 2024 |
| Opposition to Summary Judgment Motion on Statute of Limitations Issues | October 4, 2024 |
| Reply on Statute of Limitations Issues | October 25, 2024 |
| Completion of General Document Production (by Parties) | October 4, 2024 |
| Contention Interrogatories pursuant to Local Civil Rule 33.3 may be served | November 4, 2024 |
| Meet-and-confer on Topics for Expert Discovery | February 18, 2025 |
| Fact Discovery Cut-Off | March 21, 2025 |
| Expert Reports by Party with Burden | May 19, 2025 |
| Rebuttal Expert Reports | June 20, 2025 |
| Expert Discovery Cut-Off | August 12, 2025 |
| Dispositive Motions | September 9, 2025 |
| Pretrial Order | 45 days from date of decision on any dispositive motion (or September 22, 2025, if there is no such motion) |

For the reasons set forth above, we respectfully request that the Court approve these modifications to the schedule. This is the fourth request for extensions of the deadlines in the August 7 Order.

Respectfully submitted,

/s/ Julie E. Fink

Julie E. Fink