# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

IN RE:

KINGDOM OF BELGIUM,
FEDERAL PUBLIC SERVICE FINANCE
PENSION PLAN LITIGATION

Lead Case: No. 21 Civ. 6392 (JGK)

Member Cases:

No. 21 Civ. 6399 (JGK)
No. 21 Civ. 6402 (JGK)
No. 21 Civ. 6404 (JGK)
No. 21 Civ. 6405 (JGK)
No. 21 Civ. 6407 (JGK)
No. 21 Civ. 6408 (JGK)

## NOTICE OF DEFENDANTS' LIMITED CONSOLIDATED MOTION FOR SUMMARY JUDGMENT ON STATUTE OF LIMITATIONS ISSUES

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, dated August 30, 2024, Declaration of Daniel C. Davidson dated August 30, 2024, and all exhibits thereto, and Defendants' Rule 56.1 Statement of Material Facts in Support of Motion for Summary Judgment on Statute of Limitations Issues, Defendants 2321 Capital Pension Plan, Alden Investments Pension Plan, AOI Pension Plan, Azalea Pension Plan, Batavia Capital Pension Plan, Bernina Pension Plan Trust, Bowline Management Pension Plan, Calypso Investments Pension Plan, Carrick Holdings Pension Plan, Clove Pension Plan, Davin Investments Pension Plan, Delvian LLC Pension Plan, DFL Investments Pension Plan, Ganesha Industries Pension Plan, Laegeler Asset Management Pension Plan, Mazagran Pension Plan, Michelle Investments LLC Pension Plan, Mill River Capital Management Pension Plan, Next Level Pension Plan Trust, Remece Investments LLC Pension Plan, Pleasant Lake Productions Pension Plan, Rajan Investments Pension Plan, RJM Capital Pension Plan, Spirit on the Water Pension Plan, Tarvos Pension Plan, Traden Investments Pension Plan, Xiphias LLC Pension

Plan, Adam LaRosa, Alicia Colodner, Jerome Lhôte, John van Merkensteijn, Matthew Stein, Richard Markowitz, FGC Securities, LLC, and Stephen Wheeler, by their undersigned attorneys, will move the Court before the Honorable John G. Koeltl at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting judgment to Defendants, and for such other and further relief as the Court deems just and proper.

Dated: New York, NY
       August 30, 2024

Respectfully submitted,

/s/ Alan E. Schoenfeld
Alan E. Schoenfeld
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
Alan.Schoenfeld@wilmerhale.com

Andrew S. Dulberg
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6352
Andrew.Dulberg@wilmerhale.com

*Attorneys for Defendants Batavia Capital Pension Plan, Calypso Investments Pension Plan, Richard Markowitz, DFL Investments Pension Plan, and RJM Capital Pension Plan*

/s/ Sharon L. McCarthy
Sharon L. McCarthy
Maxwell W. Brown
KOSTELANETZ LLP

7 World Trade Center
250 Greenwich Street
34th Floor
New York, NY 10007
(212) 808-8100
smccarthy@kostelanetz.com

Nicholas S. Bahnsen
Daniel C. Davidson
KOSTELANETZ LLP
601 New Jersey Avenue, NW
Suite 260
Washington, DC 20001
(202) 875-8000
nbahnsen@kostelanetz.com
ddavidson@kostelanetz.com

*Attorneys for Defendants Azalea Pension Plan, Bernina Pension Plan Trust, John van Merkensteijn, Michelle Investments LLC Pension Plan, Remece Investments LLC Pension Plan, Tarvos Pension Plan, and Xiphias LLC Pension Plan*

/s/ David Gopstein
_____
David Gopstein
Julie E. Fink
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Tel. (212) 763-0883
dgopstein@heckerfink.com
jfink@heckerfink.com

*Attorneys for Defendants Matthew Stein, Jerome Lhôte, Alden Investments Pension Plan, AOI Pension Plan, Carrick Holdings Pension Plan, Davin Investments Pension Plan, Ganesha Industries Pension Plan, Mazagran Pension Plan, Pleasant Lake Productions Pension Plan, and Rajan Investments Pension Plan*

/s/ Richard D. Weinberg
Edward M. Spiro
Richard D. Weinberg
MORVILLO ABRAMOWITZ
GRAND IASON & ANELLO P.C.
565 Fifth Avenue
New York, NY 10017
Tel. (212) 856-9600
espiro@maglaw.com
rweinberg@maglaw.com

*Attorneys for Defendants Adam
LaRosa, Alicia Colodner, Delvian
Pension Plan, Traden Investments
Pension Plan, Mill River Capital
Management Pension Plan, and
Clove Pension Plan*

/s/ Robert H. Pees
Robert H. Pees
AKIN GUMP STRAUSS HAUER
& FELD LLP
One Bryant Park
New York, NY 10036
Tel. (212) 872-1000
Fax: (212) 872-1002
rpees@akingump.com

*Attorney for Defendants 2321
Capital Pension Plan and
Bowline Management Pension
Plan*

/s/ David R. Wright
Natalie A. Napierala
Michael L. Yaeger
David R. Wright
CARLTON FIELDS, P.A.
405 Lexington Avenue, 36th Floor
New York, NY 10174
Tel. (212) 785-2577
nnapierala@carltonfields.com
myaeger@carltonfields.com
dwright@carltonfields.com

4

*Attorneys for Defendants FGC Securities, LLC and Stephen Wheeler*

/s/ Paul S. Hugel
Paul S. Hugel
Clayman Rosenberg Kirshner & Linder LLP
305 Madison Avenue – Ste. 650
New York, New York 10165
Tel. (212) 922-1080
hugel@clayro.com

*Attorneys for Defendant Laegeler Asset Management Pension Plan*