UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――

Kingdom of Belgium, Federal Public
Service Finance,                               21-cv-6392 (JGK)

           Plaintiff,                    ORDER

       - against -

Xiphias LLC Pension Plan, et al.,

           Defendants.

―――――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, by phone, for a conference in connection with the plaintiff's anticipated motion to compel on **Thursday, November 20, 2025**, at **3:00 p.m.**

    Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:    New York, New York
           November 13, 2025
                                       John G. Koeltl
                               United States District Judge