UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KINGDOM OF BELGIUM & FEDERAL PUBLIC
SERVICE FINANCE,

                    Plaintiffs,

          - against -

XIPHIAS LLC PENSION PLAN, ET AL.,
                    Defendants.

21-cv-6392 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Clerk is respectfully directed to close ECF Nos. 179,

181, and 257, in light of ECF Nos. 194, 187, and 258,

respectively.


SO ORDERED.
Dated:    New York, New York
          April 21, 2026

                              John G. Koeltl
                         United States District Judge