UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————————

KINGDOM OF BELGIUM & FEDERAL PUBLIC
SERVICE FINANCE,                                    21-cv-6392 (JGK)

                        Plaintiff,                  ORDER

        - against -

XIPHIAS LLC PENSION PLAN, ET AL.,

                        Defendants.
——————————————————————————

JOHN G. KOELTL, District Judge:

    The Clerk is respectfully requested to close ECF Nos. 38,

45, and 127 as moot.

SO ORDERED.

Dated:    New York, New York
          April 21, 2026

                                    _____
                                      John G. Koeltl
                                 United States District Judge