UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KINGDOM OF BELGIUM & FEDERAL PUBLIC
SERVICE FINANCE,                                    21-cv-6392 (JGK)

                    Plaintiff,            ORDER

       - against -

XIPHIAS LLC PENSION PLAN, ET AL.,

                   Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear by telephone for a conference on **Wednesday, April 29, 2026, at 4:00 p.m.**

    Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:    New York, New York
         April 21, 2026

                                John G. Koeltl
                      United States District Judge