UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: KINGDOM OF BELGIUM,
FEDERAL PUBLIC SERVICE                     21-cv-6392 (JGK)
FINANCE PENSION PLAN
LITIGATION                                 Order

John G. Koeltl, District Judge:

The parties are directed to appear, by telephone, for a pre-motion con-

ference on **Thursday, May 28, 2026, at 3:00 p.m.**

Dial-in: 646-453-4442, with access code 67527833#.

The Clerk is respectfully requested to close ECF No. 266.

SO ORDERED.

Dated:     New York, New York
           May 21, 2026

           _____
                John G. Koeltl
           United States District Judge