# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE:

KINGDOM OF BELGIUM,
FEDERAL PUBLIC SERVICE FINANCE
PENSION PLAN LITIGATION

Lead Case: No. 21 Civ. 6392 (JGK)

Member Case:
    No. 21 Civ. 6399 (JGK)

## STIPULATION OF VOLUNTARY PARTIAL DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel

for Plaintiff Kingdom of Belgium, Federal Public Service Finance ("FPSF Belgium") and

Defendant Laegeler Asset Management Pension Plan Trust (the "Laegeler Trust"), in accordance

with Federal Rule of Civil Procedure 41(a), that all claims asserted by FPSF Belgium against the

Laegeler Trust in this action are dismissed with prejudice, with each party to bear its own costs

and attorneys' fees.


Dated: May 22, 2026
      New York, New York


Paul S. Hugel
CLAYMAN ROSENBERG KIRSHNER &
LINDER LLP
60 East 42nd St.
Suite 3900
New York, New York 10165
Telephone: (212) 922-1080
hugel@clayro.com

*Attorneys for Defendant Laegeler Asset*
*Management Pension Plan Trust*

Jeff E. Butler
CLIFFORD CHANCE US LLP
Two Manhattan West
375 9th Avenue
New York, New York 10001
Telephone: (212) 878-8000
jeff.butler@cliffordchance.com

*Attorneys for Plaintiff Kingdom of Belgium,*
*Federal Public Service Finance*

1

**SO ORDERED:**

Dated:  5/26  , 2026

Honorable John G. Koeltl
United States District Court Judge